UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHANGHAI HONG LI SHIPPING CO. LTD.,

        Plaintiff,

- against -

J-RUI LUCKY SHIPPING (HK) CO. LIMITED,

        Defendant.
------------------------------------------------------------X

JUDGE KAPLAN

07 Civ. 6093

**DISCLOSURE OF INTERESTED PARTIES**
**PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: June 28, 2007
       New York, NY

        The Plaintiff,
        SHANGHAI HONG LI SHIPPING CO. LTD.

        By: _____
        Patrick F. Lennon (PL 2162)
        Nancy R. Peterson (NP 2871)
        LENNON, MURPHY & LENNON, LLC
        The Gray Bar Building
        420 Lexington Ave., Suite 300
        New York, NY 10170
        (212) 490-6050
        (212) 490-6070 (fax)
        pfl@lenmur.com
        nrp@lenmur.com

*RECEIVED JUN 28 2007 U.S.D.C. S.D.N.Y. CASHIERS*