

# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson – *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

September 28, 2007

**By First Class Mail Mail**
Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07
```

Re:   **Shanghai Hong Li Shipping Co. Ltd v. J-Rui Lucky Shipping HK Co. Limited**
       Docket Number: 07-cv-06093-LAK
       Our Reference Number: 1048

Dear Judge Kaplan:

    We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Thursday, October 4, 2007 at 11:00 a.m.

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On June 28, 2007 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York.

    In response to service of the Ex-Parte Order and Writ, Wachovia restrained Defendant's property in the full amount requested ($36,307.90). We have recently been informed that negotiations between the parties were unsuccessful and Plaintiff is now proceeding to initiate the underlying action in Hong Kong. Defendant has been served, however, has not appeared. Once a judgment is issued in the underlying action. Plaintiff intends to move to enforce it within this action.

    As Defendant has not appeared or otherwise responded in this action and the underlying proceeding will soon be initiated, we respectfully request that the pre-trial conference currently scheduled in this matter for October 4, 2007 at 11:00 a.m. be adjourned *sine die* and this matter be placed on the suspense calendar.

    Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

*Case conferenced docket and moved to suspense*
*SO ORDERED*
*10/1/07*
LEWIS A. KAPLAN, USDJ

Respectfully submitted,

Nancy R. Peterson (NP 2871)